# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

11 FEB 24 PM 2: 12

IN RE:                                                      ) CHAPTER 13

**KELLEY S. LACOMBE**                    ) CASE NUMBER  09-20005ASD

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

| Check # | Amt | |
|---|---|---|
| | | $371.36 |
| 399788 | $371.36 | #274503 |

**PEOPLE'S UNITED BANK**
850 MAIN STREET
ATT: BANKRUPTCY
BRIDGEPORT, CT 06604

**OVER 90 DAYS**

Dated at Hartford, Connecticut this _____ day of _____, 2010.

_____/s/_____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 9 HARVARD TERRACE NORWICH CT 06360
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** actionadvocacy@yahoo.com


_____/s/_____
Molly T. Whiton, Chapter 13 Standing Trustee